# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT HOME ELECTRIC and HEATH V. FULKERSON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE HARTFORD,<br><br>　　　　Defendant. | No. 2:21-cv-01892-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 29, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 13.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 29, 2021, (ECF No. 13), are adopted in full;

2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the Court's order. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

DATED: January 31, 2022

                                        Troy L. Nunley
                                        United States District Judge